**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7306**

———————

TROY MOSES,

                                        Plaintiff - Appellant,

        versus

NURUL CHOWDHURY, M.D.; P. A. HAMU,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
02-855-JFM)

———————

Submitted:  November 7, 2002        Decided:  November 15, 2002

———————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Troy Moses, Appellant Pro Se.  Philip Melton Andrews, George Eugene
Brown, KRAMON & GRAHAM, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Troy Moses appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Moses v. Chowdhury, No. CA-02-855-JFM (D. Md. Aug. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED